UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 04cr1624-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| **CESAR MARTINEZ-VALDEZ**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 26 ) requesting the continuance of the revocation hearing currently set for June 22, 2007, be GRANTED, and the hearing be continued to July 31, 2007, at 9:00 a.m.,

**SO ORDERED.**

DATED: June 21, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge